**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re KALSHI SPORTS PREDICTION MARKET LITIGATION | Lead Case No. 25-cv-08585 (JLR) |
| | Consolidated with cases 25-cv-09913 and 26-cv-00317 |
| | CLASS ACTION |

**JOINT LETTER RE STATUS CONFERENCE APPEARANCES**

Dear Judge Rochon:

Plaintiffs and Defendants in the above-referenced action write jointly, pursuant to your Honor's Individual Rule 2(B), to notify the Court of the attorneys' identities and contact information that will be appearing at the status conference scheduled for February 13, 2025 at 12:00 pm. Dkt. 34.

The following attorneys will be appearing and speaking at the conference on behalf of Plaintiffs:

- David Stellings of Lieff Cabraser Heimann & Bernstein LLP
  - Telephone: 212-355-9500
  - Email: dstellings@lchb.com

- Katherine M. Aizpuru of Tycko & Zavareei LLP
  - Telephone: 202-973-0900
  - Email: kaizpuru@tzlegal.com

The following attorney will be appearing and speaking at the conference on behalf of Defendants:

- Matthew J. Laroche of Milbank LLP
  - Telephone: 212-530-5514
  - Email: mlaroche@milbank.com

-1-

Dated:  February 10, 2026          Respectfully submitted,

By:  ___/s/ David Stellings___
David Stellings
Wilson M. Dunlavey
Jacob S. Miller
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
wdunlavey@lchb.com
jmiller@lchb.com

Katherine M. Aizpuru, NY Bar No. 5305990
Robert M. Devling, *pro hac vice* to be filed
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202.973.0900
kaizpuru@tzlegal.com
rdevling@tzlegal.com

*Proposed Co-Lead Counsel for Plaintiffs*

Dated:  February 10, 2026          By: */s/ Matthew J. Laroche*
Matthew J. Laroche
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
(212) 530-5000
mlaroche@milbank.com

*Attorneys for Defendants*